No. 586. O'MALLEY ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *William Shaw McCallum* for O'Malley, petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 588. MOORE ET AL. v. CAPITAL TRANSIT Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Abraham Chaifetz* for petitioners. *George D. Horning, Jr.* for respondent.

No. 590. BIRD v. BIRD. Circuit Court of Washtenaw County, Michigan. Certiorari denied. *Douglas K. Reading* for petitioner.

No. 591. IACULLO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 593. LOVELL MANUFACTURING Co. v. ETTEN ET AL.; and
No. 594. ETTEN ET AL. v. KAUFFMAN ET AL. C. A. 3d Cir. Certiorari denied. *Ralph Hammar* for petitioner in No. 593 and respondents in No. 594. *Charles F. Meroni* and *Isaac J. Silin* for petitioners in No. 594 and respondents in No. 593. Reported below: 225 F. 2d 844.

No. 597. DE MARIE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.